FILED
2017 AUG -4 PM 4:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MINH VU,<br><br>    Defendant. | SA CR 17 CR 0 0092 -DOC<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii): Unauthorized Access to a Computer to Obtain Information in Furtherance of a Criminal Act] |

The United States Attorney charges:

[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii)]

On or about August 29, 2015, in Orange County, within the Central District of California, and elsewhere, defendant MINH VU intentionally accessed without authorization and in excess of authorization a computer, and thereby obtained information, namely, information regarding the network structure and status of network components, from a protected computer, as that term is defined in Title 18 United States Code, Section 1030(e)(2), that is, from a server of a victim company, in furtherance of a criminal act, to wit,

//
//
//

Intentionally Damaging a Computer by Knowing Transmission, in violation of Title 18, United States Code, Section 1030(a)(5)(A).

SANDRA R. BROWN
Acting United States Attorney

*/s/ Patrick R. Fitzgerald*

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

STEPHANIE S. CHRISTENSEN
Assistant United States Attorney
Chief, Cyber and Intellectual
   Property Crimes Section

RYAN WHITE
Assistant United States Attorney
Deputy Chief, Cyber and
   Intellectual Property Crimes
   Section

CAMERON L. SCHROEDER
Assistant United States Attorney
Cyber and Intellectual Property
   Crimes Section